USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ILIANA LOPEZ, on behalf of herself and all others
similarly situated,

Plaintiff,

-against-

RUSTIC RED DOOR, INC.,

Defendant.

1:23-cv-1292-MKV

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed a motion for default judgment with respect to Defendant Rustic Red Door, Inc. [ECF No. 9]. The motion is DENIED without prejudice for failure to comply with this Court's Individual Rules of Practice. *See* Individual Rules of Practice Attachment A. Among other things, the motion is not accompanied by a proposed form of judgment or a proposed order to show cause. *See* Individual Rules of Practice Attachment A. The Clerk of Court is respectfully requested to terminate docket entry 14.

**SO ORDERED.**

**Dated: October 2, 2023**
**New York, New York**

_____
**HON. MARY KAY VYSKOCIL**
**United States District Judge**